No. 388.   Triplett et al. *v.* Lowell.   December 9, 1935.   See ante, p. 570.